## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

BARRY ARMSTRONG,

                              Plaintiff,

vs.                                                    Case No. 06-CV-677-FHM

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

                              Defendant.

## OPINION AND ORDER

Plaintiff's Motion to Enlarge Time to File Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) [Dkt. 26] is DENIED.

According to LCvR 7.2(h), a reply brief regarding new matter in the response brief may be filed within fourteen days after the due date of the response.  According to the docket for this case, Plaintiff's Motion for Attorney Fees [Dkt. 22] was filed on June 20, 2009, the Commissioner's response was due under LCvR 7.2(e) on July 8, 2009. Therefore, Plaintiff's reply brief is not due until July 22, 2009.  Plaintiff's Motion to Enlarge Time asks for an earlier date, July 17, 2009, as a due date to file a reply brief.

The court notes that LCvR 7.2(g) requires that all motions requesting an extension of time "be accompanied by a proposed order submitted pursuant to the Administrative Guide."  A proposed order was not submitted with the instant motion as required by LCvR 7.2(g).

SO ORDERED this 13th day of July, 2009.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE